AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| WILLIAM BUTSCH II, individually and on behalf of all others similarly situated;<br><br>*Plaintiff(s)*<br><br>v.<br><br>PINNACLE HOLDINGS, LTD.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:26-cv-01161 -SKC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PINNACLE HOLDINGS, LTD
c/o David V. White - Registered Agent
9085 E Mineral Cir Ste 110, Centennial, Colorado 80112.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sean Short
sean@sanfordlawfirm.com
EKSM, LLP
4200 Montrose Blvd., Suite 200
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    3/23/2026                                    s/ E. Gutho

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-01161-SKC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Pinnacle Holdings, LTD**
was recieved by me on  **3/24/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Katia Babb**, who is designated by law to accept service of process on behalf of **Pinnacle Holdings, LTD** at **9085 E Mineral Cir Ste 110, Centennial, CO 80112** on **03/24/2026 at 12:50 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:   03/25/2026

_____
*Server's signature*

**Adedeji Abiri**
*Printed name and title*

**15936 E Otero Ave
Centennial, CO 80112**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; CIVIL COVER SHEET,  to Katia Babb who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 200-240 lbs.  She stated she is authorized to receive documents.**





Tracking #: 0215057885