**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-1161

WILLIAM BUTSCH II, individually and on behalf
of all others similarly situated,

      Plaintiff(s),

v.

PINNACLE HOLDINGS LTD.,

      Defendant(s).

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for PINNACLE HOLDINGS LTD.

DATED: 4/1/2026

*s/ James W. Davidson*
James W. Davidson
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
312.422.6100 -T
312.422.6110 -F
jdavidson@ohaganmeyer.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2026 I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following email addresses:

Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
501.904.1650 -T
service@eksm.com
sean@sanfordlawfirm.com

Leigh S. Montgomery (pro hac vice forthcoming)
Ellzey Kherkher Sanford Montgomery, LLP
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
888.350.3931 – T
888.276.3455 – F
lmontgomery@eksm.com

*Attorneys for Plaintiff*

*s/ James W. Davidson*

2