**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **WILLIAM BUTSCH II**, individually and on behalf of all others similarly situated, <br><br><br> *Plaintiff*, <br><br> v. <br><br> **PINNACLE HOLDINGS, LTD**., <br><br><br> *Defendant*. | **AGREED STIPULATION TO STAY TIME TO ANSWER OR OTHERWISE PLEAD PENDING PLAINTIFF'S FILING OF THE CONSOLIDATED COMPLAINT** <br><br> **CASE NO.: 1:26-cv-01161** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff William Butsch II ("Plaintiff") and Defendant Pinnacle Holdings, LTD. ("Defendant") (collectively referred to as the "Parties"), by and through their attorneys of record, as follows:

WHEREAS, on March 20, 2026, Plaintiff filed a Class Action Complaint (the "Complaint") against Defendant in the United States District Court for the District of Colorado (ECF No. 1);

WHEREAS, on March 24, 2026, Plaintiff served the Complaint on Defendant;

WHEREAS, Defendant's response is currently due on April 14, 2026; and

WHEREAS, the Parties conferred and agree and that good cause exists to stay Defendant's time to Answer or Otherwise Plead as Plaintiff will be filing a Motion to Consolidate the instant matter with case number 1:26-cv-1090, *Diana Ring v. Pinnacle Holdings, LTD.*, case number 1:26-cv-1134, *Jessica Zimmerman v. Pinnacle Holdings, LTD.*, and case number 1:26-cv-1131, *Mariann Oxford v. Pinnacle Holdings, LTD.*, all of which are also pending in the United States District Court for the District of Colorado.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1.    Defendant's responsive pleading to the Complaint is hereby stayed pending the filing of the Consolidated Complaint.

2.    Subject to this Court's approval, the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended until twenty-one (21) days after the filing of the Consolidated Complaint.

IT IS SO STIPULATED AND AGREED.

Dated: April 1, 2026

*/s/ James W. Davidson*
James W. Davidson
O'Hagan Meyer LLC
One East Wacker Drive
Suite 3400
Chicago, IL 60601
PH: (312) 422-6100
jdavidson@ohaganmeyer.com

*Attorney for Defendant*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will provide copies to all counsel of record.

<u>*/s/ James W. Davidson*</u>
James W. Davidson
O'Hagan Meyer LLC
One East Wacker Drive
Suite 3400
Chicago, IL 60601
PH: (312) 422-6100
jdavidson@ohaganmeyer.com